FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION     2012 JUL 25 PM 2:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,

vs.     CASE NO. 3:07-cr-156-J-20MCR

JEROME ANDREWS
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's Motion to Reconsider Prior Court Order Dated January 4, 2012, and to Award Credit for Post Sentencing Rehabilitation (Dkt. 70). After a review of the motion, this Court determines it is due to be denied.

Accordingly, it is **ORDERED**:

Defendant's Motion to Reconsider Prior Court Order Dated January 4, 2012, and to Award Credit for Post Sentencing Rehabilitation (Dkt. 70) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of July, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jerome Andrews, *Pro Se*
Patricia Barksdale, Esq.